McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
(916) 554-2700
(916) 448-2900 FAX

FILED

SEP 15 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

UNITED STATES OF AMERICA,

           Plaintiff,

v.

MARK ANTHONY CORRENTI,

           Defendant.

NO. 03-MJ-0321 GGH

[PROPOSED] ORDER

[IN CAMERA AND UNDER SEAL]

    The United States of America has applied to this Court for an Order permitting it to file the affidavit underlying the complaint in the above-entitled proceedings, together with its application, Memorandum of Points and Authorities and the accompanying Declaration, in camera and under seal.  Upon consideration of the application and the entire record herein,

/////
/////
/////
/////
/////

5

IT IS HEREBY ORDERED that the affidavit underlying the complaint in the above-entitled proceedings, together with the application of the United States and the accompanying Memorandum of Points and Authorities and Declaration, and this order shall be filed with this Court in camera and under seal and shall not be disclosed to any person until the arrest of the defendant or execution of the search warrant. ~~unless otherwise ordered by this Court [or "until first arrest of a defendant" - check with AUSA]~~.

Dated this 15th day of September, 2008.

By: _GREGORY G. HOLLOWS_
GREGORY G. HOLLOWS
United States Magistrate Judge

Presented by:

_Kyle Reardon_
KYLE REARDON
Assistant U.S. Attorney

6