DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARK ANTHONY CORRENTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-08-460 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| MARK ANTHONY CORRENTI | Date:  November 14, 2008 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Kyle Reardon, Assistant United States Attorney, and Mark Anthony Correnti, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for November 14, 2008, be vacated and rescheduled for status conference on December 5, at 9:00 a.m.

This continuance is being requested due to the unavailability of counsel for defendant.

///

///

    IT IS FURTHER STIPULATED that the period from November 14, 2008, through and including December 5, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: November 13, 2008

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Matthew C. Bockmon
                                  _____
                                  MATTHEW C. BOCKMON
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MARK ANTHONY CORRENTI

Dated: November 13, 2008

                                  MCGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Matthew C. Bockmon for
                                  _____
                                  KYLE REARDON
                                  Assistant U.S. Attorney
                                  per telephonic authority

                                  ******

                                  **O R D E R**

IT IS SO ORDERED.

Dated:  November 17, 2008

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip & Order                                    3