```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARK ANTHONY CORRENTI
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-08-460 GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | |
| MARK ANTHONY CORRENTI | ) | Date: January 9, 2009 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Kyle Reardon, Assistant United States Attorney, and Mark Anthony Correnti, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for January 9, 2009, be vacated and rescheduled for status conference on February 6, 2009, at 9:00 a.m.

   Defense counsel needs additional time to meet with client regarding the forthcoming plea agreement and ongoing defense investigation.

///

1  IT IS FURTHER STIPULATED that the period from January 9, 2009,
2  through and including February 6, 2009, be excluded in computing the
3  time within which trial must commence under the Speedy Trial Act,
4  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5  continuity and preparation of counsel.
6  Dated: January 8, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MARK ANTHONY CORRENTI

13 Dated: January 8, 2009

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
KYLE REARDON
Assistant U.S. Attorney
per telephonic authority

******

**O R D E R**

22 IT IS SO ORDERED.

23 Dated:  January 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                2