DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARK ANTHONY CORRENTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-08-460 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| MARK ANTHONY CORRENTI | Date: February 6, 2009 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Kyle Reardon, Assistant United States Attorney, and Mark Anthony Correnti, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for February 6, 2009, be vacated and rescheduled for status conference on February 20, 2009, at 9:00 a.m.

   Defense counsel needs additional time to meet with client regarding the forthcoming plea agreement and ongoing defense investigation.

   IT IS FURTHER STIPULATED that the period from February 6, 2009,

1  through and including February 20, 2009, be excluded in computing the
2  time within which trial must commence under the Speedy Trial Act,
3  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
4  continuity and preparation of counsel.
5  Dated: February 5, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon

_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MARK ANTHONY CORRENTI

12 Dated: February 5, 2009

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for

_____
KYLE REARDON
Assistant U.S. Attorney
per telephonic authority

******

**O R D E R**

21 IT IS SO ORDERED.
22 Dated:  February 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28