UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,
 -vs-
Mark Correnti                                                                  Docket No. 2:08-CR-460-GEB

**COMES NOW** Beth A. Baker, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Mark Correnti, who was placed on bond by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 16th day of September, 2008, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:641 - Theft of Government Property; 18:1341 - Mail Fraud (7 counts); and, 18:1920 - False Statements to Obtain Federal Employees' Compensation (7 counts). The defendant's next status conference is set before the Honorable Garland E. Burrell, Jr. on February 20, 2009.

**BOND CONDITIONS**: The defendant was ordered released on a $25,000 unsecured appearance bond, co-signed by his wife, with Pretrial Services supervision and special conditions. Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 10, 2009, the defendant failed to obey all laws by allegedly violating a restraining order that was filed in Placer County Superior Court on November 17, 2006. The order expires on November 17, 2009.

**PRAYING THAT THE COURT WILL ORDER** this matter placed on this court's calendar on Thursday, February 19, 2009, at 2:00 p.m.

**LAST KNOWN ADDRESS:**     On file with Pretrial Services
**TELEPHONE NUMBER:**        On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                      Respectfully submitted,

                                                      /s/ Beth A. Baker

                                                      U.S. Pretrial Services Officer
**ORDER**    Date: February 13, 2009

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $___.
_____ The Court hereby orders this ex parte motion and order be sealed.
_____ The Court orders a summons be issued with an appearance date of _____.
**X** The Court hereby orders this matter placed on this court's calendar on February 19, 2009, at **2** p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.
_____ The Court orders no action be taken.

                                                Considered and ordered this 13th day of
                                              February 2009, and ordered filed and
                                              made a part of the records in the above case.

U.S. MAGISTRATE JUDGE

**SPECIAL CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

4. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall surrender your passport to the Clerk, U.S. District Court, and obtain no passport or travel documents during the pendency of this case;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to DNA testing as directed by the United States Attorney's Office;

9. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

10. You shall not open or apply for any new lines of credit without prior approval from Pretrial Services; and,

11. You shall submit to drug or alcohol testing as approved by the pretrial services officer.