BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-00460 GEB |
| Plaintiff, | |
| v. | ORDER VACATING TRIAL DATE |
| MARK ANTHONY CORRENTI, | |
| Defendant. | |

**ORDER**

The parties appeared before the Court on Friday, November 13, 2009, in case number 2:08-CR-00460 GEB.  At that time, the defendant entered guilty pleas to Counts Nine through Fifteen of

///
///
///
///
///
///
///
///

1

the Indictment.  Judgment and Sentencing is set for January 29, 2010.  Consequently, as a result of the defendant's pleas, the government asks that the trial currently set to begin on December 1, 2009, be vacated.

DATED: November 13, 2009         Respectfully Submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney


                                 By:  */s/ Kyle Reardon*
                                      KYLE REARDON
                                      Assistant U.S. Attorney

                         **O R D E R**

   IT IS SO ORDERED.

Dated:  November 13, 2009

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

2