IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:08-cr-460 GEB |
| Plaintiff, ) | [PROPOSED] ORDER TO RETURN PASSPORT |
| v. ) | |
| MARK ANTHONY CORRENTI, ) | |
| Defendant. ) | |

The Court finds that Mr. Correnti was released pursuant to a $25,000.00 unsecured bond. On September 16, 2008, Mr. Correnti deposited his passport (receipt #442358479 (Doc. 6)) with this Court as a condition of his release on bond. On November 13, 2009, Mr. Correnti guilty pleas to Counts 9 – 15 of the Indictment.  On April 23, 2010, the Court sentenced Mr. Correnti to imprisonment for a term of 21 months and a term of 36 months supervised release.  Mr. Correnti has successfully completed his term of supervised release on December 5, 2014.

Therefore, it is hereby ORDERED that Mr. Correnti's passport be released to the Federal Defenders Office, which will return the passport to Mr. Correnti.

Dated:  August 11, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge